**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stephanie Brooks-Manning           CHAPTER 13
                 Debtor(s)

                                                       BKY. NO. 18-15889 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FLAGSTAR BANK and index same on the master mailing list.

                                       Respectfully submitted,

                                  /s/ *Rebecca A. Solarz*
                                  Rebecca Solarz
                                  21 Oct 2020, 15:50:26, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322