# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-15889-ELF

STEPHANIE BROOKS-MANNING

305 BOK ROAD

WYNCOTE, PA 19095

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

STEPHANIE BROOKS-MANNING

305 BOK ROAD

WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 9/13/2021

William C. Miller, Esquire
Chapter 13 Standing Trustee