**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie Brooks-Manning | |
| Debtor(s) | CHAPTER 13 |
| | |
| FLAGSTAR BANK | |
| Moving Party | |
| vs. | |
| | NO. 18-15889 ELF |
| Stephanie Brooks-Manning | |
| Debtor(s) | |
| George Manning | |
| Co-Debtor | |
| and Kenneth E. West Esq. | 11 U.S.C. Section 362 and 1301 |
| Trustee | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on **May 16, 2022**, a copy of the Certification of Default, and proposed Order of Court, filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Kenneth E. West Esq. (Trustee)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Georgette Miller Esq.
Margolis Edelstein
The Curtis Center
170 South Independence Mall West, Suite 400
Philadelphia, PA 19106

Stephanie Brooks-Manning
305 Bok Road
Wyncote, PA 19095

George Manning
305 Bok Road
Wyncote, PA 19095

Method of Service:        Mail first class; Specify if other:

Date:  May 16, 2022

                                                  **/s/ Rebecca A. Solarz, Esquire____**
                                                  Rebecca A. Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322 FAX (215) 627-7734
                                                  Attorneys for Movant/Applicant