*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie Brooks−Manning
    Debtor(s)

Case No: 18−15889−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor FLAGSTAR BANK, FSB.

on: 5/31/22

at: 09:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 5/18/22

Timothy B. McGrath
Clerk of Court