United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-15889-elf

Stephanie Brooks-Manning     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 18, 2022     Form ID: 167     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Brooks-Manning, 305 Bok Road, Wyncote, PA 19095-2003 |
| 14555079 | + | FLAGSTAR BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14201023 | + | FLAGSTAR BANK, FSB, C/O THOMAS YOUNG.HAE SONG, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14555373 | + | Flagstar Bank, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14192581 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:54:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14216448 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 23:54:35 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14194009 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 23:48:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14194011 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14228223 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 18 2022 23:48:00 | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 14192576 | + | Email/Text: cashiering-administrationservices@flagstar.com | May 18 2022 23:48:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14192577 | + | Email/Text: Bankruptcy@ICSystem.com | May 18 2022 23:48:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14192948 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:54:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14192578 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:34 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14192579 | + | Email/Text: bncmail@w-legal.com | May 18 2022 23:47:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14192580 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 18 2022 23:47:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 18, 2022 | Form ID: 167 | Total Noticed: 16

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Stephanie Brooks-Manning Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JEROME B. BLANK | on behalf of Creditor FLAGSTAR BANK  FSB paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor FLAGSTAR BANK  FSB tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stephanie Brooks−Manning
    Debtor(s)

Case No: 18−15889−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor FLAGSTAR BANK, FSB.

on: 5/31/22

at: 09:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  5/18/22

Timothy B. McGrath
Clerk of Court

98 − 97
Form 167