United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 18-15889-elf
Stephanie Brooks-Manning                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Brooks-Manning, 305 Bok Road, Wyncote, PA 19095-2003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 29 2022 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Stephanie Brooks-Manning Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 4

JEROME B. BLANK
    on behalf of Creditor FLAGSTAR BANK  FSB paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor FLAGSTAR BANK  FSB tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie Brooks-Manning<br>        Debtor(s)<br><br>FLAGSTAR BANK<br>        Moving Party<br>    vs.<br><br>Stephanie Brooks-Manning<br>        Debtor(s)<br>George Manning<br>        Co-Debtor<br>and Kenneth E. West Esq.<br>        Trustee | Chapter 13<br><br>NO. 18-15889 ELF |

**ORDER**

AND NOW, this 28th day of June, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 22, 2020 it is **ORDERED** that:

The automatic stay under 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FLAGSTAR BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 305 Bok Road Wyncote, PA 19095.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**