United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15889-elf |
| Stephanie Brooks-Manning | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Brooks-Manning, 305 Bok Road, Wyncote, PA 19095-2003 |
| 14201023 | + | FLAGSTAR BANK, FSB, C/O THOMAS YOUNG.HAE SONG, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14555373 | + | Flagstar Bank, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14192581 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 28 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2022 23:33:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14216448 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 23:33:10 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14194009 | + | Email/Text: bankruptcy@cavps.com | Sep 28 2022 23:25:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14194011 | + | Email/Text: bankruptcy@cavps.com | Sep 28 2022 23:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14555079 | ^ | MEBN | Sep 28 2022 23:24:43 | FLAGSTAR BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14228223 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 28 2022 23:25:00 | FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 14192576 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 28 2022 23:25:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14192577 | | Email/Text: Bankruptcy@ICSystem.com | Sep 28 2022 23:25:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164 |
| 14192948 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 28 2022 23:33:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14192578 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2022 23:33:16 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14192579 | + | Email/Text: bncmail@w-legal.com | Sep 28 2022 23:25:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 18 |

| | | | MN 55440-0673 | |
|---|---|---|---|---|
| 14192580 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 28 2022 23:24:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Stephanie Brooks-Manning bky@dilworthlaw.com  Miller.GeorgetteR93726@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor FLAGSTAR BANK  FSB jblank@avallonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FLAGSTAR BANK  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| THOMAS SONG | on behalf of Creditor FLAGSTAR BANK  FSB tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    STEPHANIE BROOKS-MANNING,    :    Chapter 13
                                       :
          Debtor                       :    Bky. No. 18-15889 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATION FOR ALLOWANCE OF COMPENSATION**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Upon request of Debtor's counsel that the court retain jurisdiction to permit the filing of an application for allowance of supplemental compensation ("the Application"), the court will **RETAIN JURISDICTION** to consider the Application.

4. Debtor's counsel shall file the Application within **fourteen (14) days** from the entry of this Order.

Date:  September 28, 2022

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE